UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dawn Droszd, | : |
| | : |
| Plaintiff, | : Civil Action No.: 6:11-cv-00145-LEK -DEP |
| v. | : |
| Creditors Financial Group LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 16, 2011

Respectfully submitted,

PLAINTIFF, Dawn Droszd

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (SL 6331)
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 16, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.