UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dawn Droszd, <br><br>             Plaintiff, <br> v. <br><br> Creditors Financial Group LLC; and DOES 1-10, inclusive, <br><br>             Defendant. | Civil Action No.: 6:11-cv-00145-LEK -DEP |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Creditors Financial Group LLC with prejudice and without costs to any party.

| | |
|---|---|
| Dawn Droszd | Creditors Financial Group LLC |
|   /s/ Sergei Lemberg |   /s/ Arthur Sanders |
| Sergei Lemberg, Esq. (SL 6331) <br> LEMBERG & ASSOCIATES <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT  06905 | Arthur Sanders, Esq. <br> Mel S. Harris & Associates, LLC <br> 5 Hanover Square <br> 8th Floor <br> New York, NY 10004 <br> 212-660-1050 <br> Attorney for Defendant |

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: September 13, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                        By /s/ Sergei Lemberg_____
                                                            Sergei Lemberg